Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff
MICHELLE REESE

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHELLE REESE<br>                      Plaintiff,<br><br>      -against-<br><br>FBCS, INC.,<br>                      Defendant. | Case No.: 2:17-cv-02591<br><br>**The Hon. George H. Wu**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]**<br><br>Complaint Filed:  April 5, 2016<br>Answer Filed:  N/A |

  **IT IS HEREBY STIPULATED AND AGREED TO**  by the Plaintiff and

Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person

for whom a committee has been appointed or conservatee, and no person not a party

has an interest in the subject matter of the action, that the above entitled action

against Defendant shall be and hereby is dismissed with prejudice and on the

merits, without costs, or disbursements, or attorney's fees to any party pursuant to

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of

dismissal with prejudice may be entered in the above entitled action pursuant

hereto.

   Undersigned counsel represents that he is fully authorized by his client

to enter into this Voluntary Dismissal with Prejudice.

        Respectfully Submitted,

DATED:  June 12, 2017    THE LAW OFFICES OF JONATHAN A.
          STIEGLITZ

        By:  */s/Jonathan A. Stieglitz*
          Jonathan A. Stieglitz
          Attorneys for Plaintiff
          MICHELLE REESE